Glen M. GROVES, Appellant,

v.

STATE of Missouri, Respondent.

WD 77800

Missouri Court of Appeals,
Western District.

ORDER FILED: May 26, 2015

Jeannette L. Wolpink, Appellate Defender, Kansas City, MO, Attorney for Appellant.

Chris Koster, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division III: Mark D. Pfeiffer, Presiding Judge, and Gary D. Witt and Anthony Rex Gabbert, Judges

## Order

**Per Curiam:**

Mr. Glen M. Groves appeals from the Judgment of the Circuit Court of Clay County, Missouri, denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Finding no error, we affirm. A published opinion would have no precedential value; however, we have separately provided a memorandum of law explaining our ruling to the parties. Rule 84.16(b).